IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LLOYD W. SHAW, <br> HC SPN 01027098, <br><br> Plaintiff, <br> v. <br><br> TDC CORRECTION OFFICE HUNTSVILLE, <br> *et al.*, <br> Defendants. | § § § § § § § § § § | CIVIL ACTION H-05-2369 |

### ORDER OF DISMISSAL

For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is DISMISSED, without prejudice.

This is a FINAL ORDER.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas on 14th day of September, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE